# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Westrock | 11/28/2022 | 266350 | Check | $ 4,263.60 |
| Akorn Operating Company, LLC | Westrock | 12/6/2022 | 266498 | Check | $ 16,120.51 |
| Akorn Operating Company, LLC | Westrock | 12/14/2022 | 266624 | Check | $ 3,258.60 |
| Akorn Operating Company, LLC | Westrock | 1/6/2023 | 266959 | Check | $ 19,026.45 |
| Akorn Operating Company, LLC | Westrock | 1/19/2023 | 267045 | Check | $ 18,750.83 |
| Akorn Operating Company, LLC | Westrock | 2/6/2023 | 267219 | Check | $ 6,690.92 |
| Akorn Operating Company, LLC | Westrock | 2/15/2023 | 267322 | Check | $ 2,137.15 |
| Akorn Operating Company, LLC | Westrock | 2/21/2023 | 267381 | Check | $ 6,517.20 |
| | | | | | $ 76,765.26 |